BRADSTREET, demandant, *vs.* CLARKE, tenant.

The provisions of the revised statutes relative to *writs of right*, do not af-
fect suits commenced previous to 1st January, 1830. Such suits may be
conducted conformably to the practice as it existed previous to that day.

WRIT of right.   This suit was commenced previous to the
first of January last.   At the January term an imparlance
was granted to the tenant until the first day of this term,
when he appeared and pleaded, vouching to warranty the
heirs of his grantor, and praying a summons *ad warrantizan-
dum* returnable at the next term.   A question was submitted,
whether the plea could be received.

*J. L. Tillinghast*, for demandant.

*J. L. Mason*, for tenant.

*By the Court*, MARCY, J.   The proceedings in this suit
must be conformable to  the practice as it existed previous to
the Revised Statutes taking effect, the suit having been com-
menced previous to  the first of January last.   Those sta-
tutes do not modify the proceeding as to *voucher* in real ac-
tions, but abolishes it altogether.   (2 R. S. 341, § 17.)   The
provisions of  those statutes, however, cannot effect suits
commenced  previous to the first day of January; they must
be conducted according to  the practice as it existed before
the Revised Statutes went into operation.   Let the plea be filed.